UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ARNELL M. CORSON,

                           Plaintiff,

                                                                   ORDER
        v.                                                        07-CV-283A

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                           Defendant.

---

        The above-referenced case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B).  On February 11, 2009, Magistrate Judge Foschio filed a Report and Recommendation, recommending that defendant's motion for judgment on the pleadings should be granted and that plaintiff's cross-motion for summary judgment be denied.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, defendant's motion for judgment on the pleadings is granted and plaintiff's cross-motion for summary judgment is denied.

        The Clerk of Court shall take all steps necessary to close the case.

SO ORDERED.

                                                 s/ *Richard J. Arcara*
                                                 HONORABLE RICHARD J. ARCARA
                                                 CHIEF JUDGE
                                                 UNITED STATES DISTRICT COURT

DATED:  March   3  , 2009